Maurice **ANDERSON**, Plaintiff–Appellant,

v.

Roger **PHILLIPS**, M.D., Head Physician/Medical Director; Abdul Jamaludeen, M.D., Physician; Correctional Medical Services, Jails Medical Company, Defendants–Appellees.

No. 01–6112.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Maurice Anderson, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Maurice Anderson, a Virginia inmate, appeals the district court's order denying

relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Anderson v. Phillips,* No. CA–00–868–2 (E.D.Va. Dec. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*